UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORDER FOR RETURN OF BAIL**

USAO# 2013R01323

14-CR 430

**United States of America**

-v-

**JOSE MATOS,**

U.S.M.S. Register 68988-054

**AFFIDAVIT**

An order having heretofore been made in this case authorizing the Clerk of this Court to accept the sum of **(ONE HUNDRED AND TWENTY FIVE THOUSAND DOLLARS)**, **($125,000.00)** cash, and to deposit the same in the registry of this Court, as a condition to assure the appearance of the above-named defendant before the United States District Court for the Southern District of New York in accordance with the provisions of the bond given by the said defendant; and

WHEREAS the docket reflects that on **July 6, 2016** the Honorable Kenneth M. Karas sentenced the defendant to 36 months imprisonment; 3 years supervised release, $100.00 special assessment and $2,250.00 restitution.

WHEREAS the Government has not alleged and moved under 28 U.S.C. §2044 that the above funds belong to the defendant and should accordingly be applied to the payment of any assessment, fine, restitution, forfeiture or penalty imposed upon the defendant; and

WHEREAS the Government has no objection to the Clerk of the Court returning the funds deposited as bail to their rightful owner or other person entitled to such money under 28 U.S.C. §§ 2041 & 2044; and

WHEREAS the Government is not aware of any other reason the funds deposited as bail should not be returned to their rightful owner or other person entitled to them;

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to 28 U.S.C. §2042, that the Clerk of the Court pay out to **Euripides Matos** the amount deposited as bail referenced in the first paragraph of this Order, less the Clerk's fees, if any.

Date: 2 3/4/20

_____
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney

by: _____   Date: 2/3/20
**AUSA MARCIA S. COHEN**
**Assistant United States Attorney**
**914-993-1902**

2